**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GILL S. GURPINDER, | Case No. 2:16-cv-01965-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On August 17, 2016, the court received the plaintiff's complaint. ECF No. 1. Plaintiff Gill Gurpinder did not file an application to proceed in forma pauperis and he did not pay the filing fee. The court will retain Gurpinder's complaint but will not take further action until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the clerk of the court must send Gurpinder the approved form application to proceed without prepayment of fees.

IT IS FURTHER ORDERED that by October 10, 2016, Gurpinder must either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Gurpinder's failure to timely comply with this order may result in his case being dismissed without prejudice.

IT IS FURTHER ORDERED that Gurpinder shall file a certificate of interested parties as required by Local Rule 7.1-1 by October 10, 2016.

DATED this 8th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE