UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILL S. GURPINDER,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-01965-APG-VCF<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      On August 17, 2016, the court received the plaintiff's complaint. ECF No. 1. Plaintiff Gill Gurpinder did not file an application to proceed in forma pauperis and he did not pay the filing fee. I therefore directed that by October 10, 2016, Gurpinder must either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). ECF No. 2. I also directed Gurpinder to file a certificate of interested parties as required by Local Rule 7.1-1 by October 10, 2016. *Id.* Nothing has been filed.

      IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to close this case.

      DATED this 3rd day of November, 2016.

                                                ANDREW P. GORDON<br>                                                UNITED STATES DISTRICT JUDGE